FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 17 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

1  James A. McDevitt
   United States Attorney
2  Eastern District of Washington
   Joseph H. Harrington
3  Assistant United States Attorney
   Post Office Box 1494
4  Spokane, WA 99210-1494
   Telephone: (509) 353-2767

**CR-06-0112-RHW**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | INDICTMENT |
| vs. ) | Vio: 18 U.S.C. § 875(c) |
| RYAN JOSEPH WILL, ) | Threatening Communications (Count 1) |
| Defendant. ) | |

The Grand Jury Charges:

COUNT 1

That on or about December 4, 2005, RYAN JOSEPH WILL did willfully and knowingly transmit in interstate commerce from Santee, California to Spokane, Washington, in the Eastern District of Washington, a telephone communication to an individual identified as T. V., which telephone communication contained a threat to injure the person of T. V., that is:

Hey hey what's up there mister f---ing pc'd up, f---ing protective custody. You f---ing informer for the f---ing ATF. You're dead. F---ing snitch. You're a f---ing snitch piece of s---. You're f---ing dead.

INDICTMENT - 1
P61011DD.JHD.wpd

in violation of Title 18, United States Code, Section 875(c).

DATED this  /7  day of October, 2006.

A TRUE BILL

James A. McDevitt
United States Attorney

Joseph H. Harrington
Assistant United States Attorney

INDICTMENT - 2
P61011DD.JHD.wpd